UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**ISLAND ONE, INC.**

---

**CRESCENT ONE, LLC**

---

**ST. CROIX ONE, LLC**

---

**ISLAND ONE RESORTS MANAGEMENT CORPORATION**

---

**NAVIGO VACATION CLUB, INC.**

---

**IOI FUNDING I, LLC**

---

**Debtors.**

---

CHAPTER 11

CASE NO.:  6:10-bk-16177-KSJ

CASE NO.:  6:10-bk-16179-KSJ

CASE NO.:  6:10-bk-16180-KSJ

CASE NO.:  6:10-bk-16182-KSJ

CASE NO.:  6:10-bk-16183-KSJ

CASE NO.:  6:10-bk-16189-KSJ

<u>**EMERGENCY RELIEF REQUESTED ON OR BEFORE SEPTEMBER 14, 2010**</u>

/

<u>**DEBTORS' EMERGENCY *EX PARTE* MOTION FOR JOINT ADMINISTRATION OF CASES AND CERTIFICATE OF NECESSITY FOR EMERGENCY RELIEF**</u>

ISLAND ONE, INC. ("IOI"), CRESCENT ONE, LLC ("Crescent"), ST. CROIX, LLC ("St. Croix"), ISLAND ONE RESORTS MANAGEMENT CORPORATION ("IORMC"), NAVIGO VACATION CLUB, INC. ("Navigo"), and IOI FUNDING I, LLC ("IOI Funding"), (collectively, the "Debtors")[1], pursuant to Fed. R. Bankr. P. 10 15(b), files this

---

[1] The last four digits of the taxpayer identification number for each of the Debtors follows in parentheses:  (i) Island One, Inc. (1493); (ii) Crescent One, LLC (4521); (iii) St. Croix One, LLC (8346); (iv) Island One Resorts Management Corporation (2506); (v) Navigo Vacation Club, Inc. (9291) and (vi) IOI Funding I., LLC (9657).

motion on an *ex parte* basis seeking joint administration of the Debtors' cases (the "Motion").  In support of this Motion, the Debtors respectfully represent the following:

## I. Jurisdiction

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334. This is a core matter pursuant to 28 U.S.C. § 157. Venue is proper in this district pursuant to 28 U.S.C. § 1408 and 1409.

## II. Background

2.      On September 10, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11, title 11, United States Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code").

3.      The Debtors are operating their business and managing their affairs as debtors-in-possession. 11 U.S.C. § 1107(a) and 1108.

4.      The Debtors have been in the timeshare industry in Central Florida for over twenty-five years.  In 1981, the Debtors began development of their first timeshare resort, and initiated their first sales of timeshares in 1983.  Since 1981, the Debtors have engaged in the development and/or management of timeshare resorts in Florida and the U.S. Virgin Islands.   In addition, through Navigo Vacation Club, Inc., the Debtors have developed a timeshare network that extends throughout the United States, Latin America, the Caribbean and Europe.

5.      Through its management arm, IORMC, the Debtors manage nine (9) resorts owned or developed by the Debtors (the "Resorts").

6.      IORMC has the exclusive right to manage the Resorts by virtue of contracts between IORMC and the resort associations.  In connection with its management duties, IORMC

provides on-site employees to manage the Resorts' day-to-day operations and provides employees to operate the Resorts' reservation system.

7.    In addition to owning unsold inventory at a number of resorts, IOI also provides all sales and marketing functions for the Resorts and provides developer accounting operations for the resort system.

8.    Each of the resorts consists of varying numbers of one or two bedroom furnished units and various pool features, playgrounds, activity decks, restaurants and other recreational amenities.  Examples of the amenities include a water park, water slides, hot tubs, a 1,500 gallon salt water aquarium, volley ball courts, tennis courts, and club houses.

9.    IOI owns 100% of the membership or interests in St. Croix, IORMC, Navigo and IOI Funding.

10.    For a detailed description of the Debtors, their operations, and their assets and liabilities, the Debtors refer the Court and parties-in-interest to the Case Summary.

### III. <u>Relief Requested and Basis Therefore</u>

11.    The Debtors request that this Court enter an order, *ex parte,* directing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only, including the filing of any joint disclosure statements and plans of reorganization and other contested matters, pursuant to Federal Rule of Bankruptcy Procedure 1015(b).

12.    The Debtors specifically requests that their Chapter 11 cases be jointly administered under  the lowest case number of Island One, Inc., Case No. 6:10-bk-16177-KSJ.

13.    Bankruptcy Rule 1015(b) provides in relevant part as follows: "If a joint petition or two or more petitions are pending in the same court by or against. . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).

14.    An affiliate is defined as an "entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor or a "corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor 11 U.S.C. § 101(2).  Under §101(2)(c) an affiliate is also any entity that operates the business or substantially all of the property of the debtor under a lease agreement or operating agreement.

15.    As described above, the Debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code. Bankruptcy Rule 1015 promotes the fair and efficient administration of multiple cases of affiliated debtors, like here, while protecting the rights of individual creditors. *See In re GlycoGenesys, Inc.,* 352 B.R. 568 (Bankr. D.Mass 2006); *In re PL Liquidation Corp.,* 305 B.R. 629, 633 (Bankr. D. Del. 2004); *In re N.S. Garrott & Sons,* 63 B.R. 189, 191 (Bankr. ED. Ark. 1986); *In re H&S Trans. Co.,* 55 B.R. 786, 791 (Bankr. M.D. Tenn. 1982). While the Debtors constitute separate and distinct entities, the issues that will be addressed in these bankruptcy cases will be related and overlapping. Accordingly, this Court is authorized to grant the relief requested.

16.    The Debtors submit that joint administration of their Chapter 11 cases will dispense with the need for duplicative notices, motions, applications, hearings and orders. This will save considerable time and expense for the Debtors and their estates and free the Court from the burden of scheduling duplicative hearings, entering duplicative orders, and maintaining redundant files.

17.    The Debtors submit that joint administration will not give rise to any conflict of interest among the estates of the Debtors. The rights of the respective creditors of the Debtors will not be adversely affected by the proposed joint administration because the Debtors will continue as separate and distinct legal entities and will continue to maintain separate books and records. Moreover, each creditor may still file its proof of claim against a particular estate. In fact, the rights of all creditors will be enhanced by the reduction in costs resulting from joint administration.

18.    In addition, joint administration will result in simplified supervision of the administrative aspects of the Debtors' Chapter 11 cases by the Office of the United States Trustee.

19.    In addition, the Debtors request that this Court approve the form of caption set forth on **EXHIBIT A** attached hereto.  The Debtors submit that the use of this caption will eliminate confusion and ensure uniformity of pleadings.   All papers or pleadings will be docketed in the Lead Case only.   When so filed and docketed, the pleading or paper so far as material and applicable will be deemed filed in the other bankruptcy cases as though filed and docketed therein.

20.    The Debtors also seek the Court's direction that a docket entry reflecting joint administration be entered in the docket of each of the Debtors' cases as follows:

> An order has been entered in this case for the joint administration of the chapter 11 bankruptcy cases of Island One, Inc., Case No. 6:10-bk-16177-KSJ, and certain of its affiliates and related entities for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The Docket in Case No.: 6:10-bk-16177-KSJ should be consulted for all matters affecting the jointly- administered cases.

## NOTICE

21.     Notice of this Motion has been provided to the Office of the United States Trustee for the Middle District of Florida, the secured creditors and counsel if known, the Debtors' 20 largest unsecured creditors of each of the debtors and counsel if known, the twenty largest unsecured creditors of each Debtor, and all parties requesting notices pursuant to Bankruptcy Procedure 2002. The Debtors submit that no other or further notice need be provided.

22.     The interests of the Debtors, their estates, and all parties-in-interest would best be served by joint administration of the Debtors' Chapter 11 cases. The Debtors anticipate that their principal secured and unsecured creditors would not oppose the relief requested herein, which seeks procedural relief only.

## CERTIFICATE OF NECESSITY FOR EMERGENCY RELIEF

23.     Operation of the Debtors' business requires the incurring of expenses on a daily basis.

24.     The Debtors will be without funds to operate and meet expenses if an emergency preliminary hearing is not granted.

25.     Customers, employees, and vendors have been at risk since the Petition Date and will continue to be at risk until a determination by this Court of the right to use Cash Collateral.

26.     The Debtors estimate that approximately 15 minutes will be necessary for a hearing on this Motion and that a similar amount of time may be required for a final hearing.

27.     A copy of this Motion was served on TFC, Liberty, and BB&T, all other secured creditors, and on the twenty largest unsecured creditors.  Notice of a hearing on this matter will be provided to the same entities.

28.   The Debtors and counsel are prepared to appear on two hours' notice at a hearing to demonstrate that the request for an emergency hearing is not the result of the Debtors' or counsel's procrastination or lack of attention.

**WHEREFORE,** the Debtors respectfully request entry of an order, in the form annexed hereto as **EXHIBIT B,** granting the relief requested herein and granting such other and further relief as is just and equitable.

RESPECTFULLY SUBMITTED this _12th_ day of September, 2010

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esquire
Florida Bar No.: 0526401
jparrish@bakerlaw.com
Tiffany D. Payne, Esquire
Florida Bar No.: 0421448
tpayne@baker.aw.com
BAKER & HOSTETLER LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
P.O. Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:                                          CHAPTER 11

ISLAND ONE, INC.                                CASE NO.:  6:10-bk-16177-KSJ

_____

CRESCENT ONE, LLC                               CASE NO.:  6:10-bk-16179-KSJ

_____

ST. CROIX ONE, LLC                              CASE NO.: 6:10-bk-16180-KSJ

_____

ISLAND ONE RESORTS MANAGEMENT                   CASE NO.: 6:10-bk-16182-KSJ
CORPORATION

_____

NAVIGO VACATION CLUB, INC.                       CASE NO.: 6:10-bk-16183-KSJ

_____

IOI FUNDING I, LLC                               CASE NO.: 6:10-bk-16189-KSJ

_____

        Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **DEBTORS' EMERGENCY *EX PARTE*
MOTION FOR JOINT ADMINISTRATION OF CASES AND CERTIFICATE OF
NECESSITY FOR EMERGENCY RELIEF,** together with all exhibits, has been furnished
either electronically or by U.S. First Class, postage prepaid mail to: Island One, Inc., 8680
Commodity Circle, Orlando, FL 32819 (Debtor); Frank Terzo, Esq., GrayRobinson, P.A., 1221
Brickell Ave, Suite 1600, Miami 33131 (a/f BB&T); Steven Fox, Esq., Epstein, Becker & Green,
250 Park Ave., New York, NY 10177; R. Jeffrey Smith, Esq., 1 State Street, 1400 Hartford, CT
06103 (a/f Liberty Bank); All Creditors and Parties-In-Interest on the matrices attached hereto;
and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 12th
day of September 2010.

                                        /s/ Elizabeth A. Green.
                                        Elizabeth A. Green, Esq.

## EXHIBIT "A"

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:                                              CHAPTER 11

ISLAND ONE, INC. , *et al.*                         CASE NO.:  6:10-bk-16177-KSJ

      Debtors.                                Jointly Administered with
                                                    6:10-bk-16179-KSJ; 6:10-bk-16180-KSJ;
                                                    6:10-bk-16182-KSJ; 6:10-bk-16183-KSJ
_____/          and 6:10-bk-16189-KSJ

## EXHIBIT "B"

## PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| ISLAND ONE, INC. | CASE NO.:  6:10-bk-16177-KSJ |
| CRESCENT ONE, LLC | CASE NO.  6:10-bk-16179-KSJ |
| ST. CROIX ONE, LLC | CASE NO.: 6:10-bk-16180-KSJ |
| ISLAND CONE RESORTS MANAGEMENT CORPORATION | CASE NO.: 6:10-bk-16182-KSJ |
| NAVIGO VACATION CLUB, INC. | CASE NO.: 6:10-bk-16183-KSJ |
| IOI FUNDING I, LLC | CASE NO.: 6:10-bk-16189-KSJ |
| Debtors.                                      / | |

### *EX PARTE* ORDER DIRECTING JOINT ADMINISTRATION OF CASES

THIS CASE came on for consideration upon the Debtors' Emergency *Ex Parte* Motion

for Joint Administration of Cases and Certificate of Necessity (the "Motion"), filed on

September 12, 2010,  pursuant to Rule *1015(b)* of the Federal Rules of Bankruptcy Procedure

("Bankruptcy Rules"), by the above-captioned debtors and debtors-in- possession (collectively,

"Debtors") for the joint administration of the Debtors' chapter 11 cases for procedural purposes only.

Upon consideration of the Motion, it appears that joint administration is in the best interests of the Debtors' estates, creditors, and parties in interest and there is sufficient cause to grant the relief requested in the Motion.

Accordingly, for the reasons stated herein, it is hereby ORDERED:

1.      The Motion is GRANTED.

2.      The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3.      Nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases. The lead case for purposes of this joint administration shall be ISLAND ONE, INC., Case No. 6:10-bk-16177-KSJ (the "Lead Case").

4.      Pleadings in these Chapter 11 cases shall be required to bear a caption substantially in the form of the caption attached hereto as **Exhibit A**.  One consolidated docket, one creditor matrix, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk, with separate claims registers for each of the Debtors' cases.

5.      Counsel for the Debtor shall provide the Clerk of the Court with a combined matrix which consolidates all of the matrices for the Debtors and a consolidated Local Rule 1007-2 Parties-in-Interest List.

6.      A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case for the joint administration of the
> chapter 11 bankruptcy cases of Island One, Inc., Case No. 6:10-bk-16177-

KSJ, and certain of its affiliates and related entities for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The Docket in Case No.: 6:10-bk-16177-KSJ should be consulted for all matters affecting the jointly- administered cases.

7.    The debtor shall file one monthly financial report for the Lead Case.  A separate monthly financial report shall be filed for each operating entity.

8.    One disclosure statement and plan of reorganization may be (but is not required to be) filed for all of the above-listed cases by any plan proponent.

9.    Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

10.    Any interested party may object to this order within twenty (20) days from the date of service of this order. If an interested party files such an objection within this time period, the Court will schedule the Motion and objection for hearing on notice to the Debtors, the United States Trustee, any committee that may be formed and to its counsel, and to the objecting party.

11.    Parties by request joint hearings on matters pending in any of the jointly administered cases.

12.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

**DONE AND ORDERED** in Order, Florida on _____.

_____
KAREN S. JENNEMANN
United States Bankruptcy Court Judge

Copies to:

Island One, Inc., 8680 Commodity Circle, Orlando, FL 32819 (Debtor);

Elizabeth A. Green, Esq., BAKER & HOSTETLER LLP, 200 S. Orange Ave., SunTrust Center, Suite 2300, P.O. Box 112 (32802-0112), Orlando, Florida 32801-3432 (a/f Debtors)

Frank Terzo, Esq., GrayRobinson, P.A., 1221 Brickell Ave, Suite 1600, Miami 33131 (a/f BB&T);

Steven Fox, Esq., Epstein, Becker & Green, 250 Park Ave., New York, NY 10177;

R. Jeffrey Smith, Esq., 1 State Street, 1400 Hartford, CT 06103 (a/f Liberty Bank);

All Creditors and Parties-In-Interest;

U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801.

Label Matrix for local noticing
113A-6
Case 6:10-bk-16177-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:54:36 EDT 2010

ARDA FLORIDA
1201 15TH ST. NW, STE 400
WASHINGTON, DC 20005-2842

AVID HOME TECHNOLOGIES
1970 E OSCEOLA PKY STE 3320
KISSIMMEE, FL 34743-8629

BB&T ACQUIRED ASSET GROUP
2000 Interstate Park Drive
Montgomery, AL 36109-5421

CDW DIRECT, LLC
P.O.BOX 75723
CHICAGO, IL 60675-5723

COMPASS GROUP
HIGHLAND EST COFFEE TRADERS-A
DIV OF CANTEEN, PO BOX 91337
CHICAGO, IL 60693-1337

Collier County Atty Office
Collier County Government
3301 E. Tamiami Trail
Naples, FL 34112-4987

DADE PAPER
P.O. BOX 593829
ORLANDO, FL 32859-3829

DIGITAL CONNECTIONS, INC.
P.O. BOX 277995
ATLANTA, GA 30384-7995

Erfurth, Cary
8911 Charles E. Limpus Road
Orlando, FL 32836-5829

ABBOTT PRINTING
110 ATLANTIC DR
SUITE 110
MAITLAND, FL 32751-3300

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AXIS, INC.
6851 TPC DRIVE
ORLANDO, FL 32822-5142

BB&T Acquired Asset Group
c/o Frank P. Terzo, Esq
GrayRobinson, PA
1221 Brickell Ave
Suite 1600
Miami, FL 33131-3247

CIT TECHNOLOGY FIN SERV, INC.
21719 NETWORK PLACE
CHICAGO, IL 60673-0001

Campbell, Ken
8400 Darlene Drive
Orlando, FL 32836-5902

Collier County Tax Collector
3301 E. Tamiami Trail
Building C-1
Naples, FL 34112-4997

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118
ATLANTA, GA 30353-4118

E-TECHSERVICES.COM, INC.
5220 SW 91ST TERRACE
GAINESVILLE, FL 32608-7124

FLORIDA POWER AND LIGHT
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

AMERICAN EXPRESS,INC.
PO BOX 360001
FT LAUDERDALE, FL 03333-6001

AUTOMATED MECHANICAL SERVICES,
INC.
17440 MAGNOLIA ISLAND BLVD
CLERMONT, FL 34711-8001

BANC OF AMERICA LEASING
LEASE ADMINISTRATION CENTER
PO BOX 371992
PITTSBURGH, PA 15250-7992

BB&T Acquired Asset Group
c/o Frank P. Terzo
Gray Robinson, P.A.
1221 Brickell Avenue, #1600
Miami, FL 33131-3247

COMMUNICATION BROKERS &
CONSULTANTS, INC DBA: DIAL 411
23939 VENTURA BLVD.
CALABASAS, CA 91302-1445

Collier County Appraiser's
Office
3950 Radio Road
Naples, FL 34104-3750

Comfeld, Robert
3850 Hollywood Blvd.
Suite 1400
Hollywood, FL 33021-6748

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

EZREZ SOFTWARE, INC.
50 1ST ST, FLOOR 7
SAN FRANCISCO, CA 94105-2405

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

FLORIDA SUPPLY & CLEANING INC
1710 INDUSTRIAL ST
EDGEWATER, FL 32132-3561

FOCALITY INTERACTIVE
490 WILFRED DR
PETERBOROUGH, ON K9K2H1

(c)FEY, LARRY
20855 S LA GRANGE RD STE 202
FRANKFORT IL  60423-2042


Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

GETAGADGET, INC.
2101 E SAINT ELMO RD., STE 101
AUSTIN, TX 78744-1864


Gibellina, Ronald
4513 Grove
Brookfield, IL 60513-2556

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

H.J.C. FLORIDIAN CORP.
8911 Charles E. Limpus Road
Orlando, FL 32836-5829


HERITAGE OPERATING, LP
HERITAGE PROPANE
9307 BACHMAN RD
ORLANDO, FL 32824-8061

HOME TEAM PEST DEFENSE
765 W. STATE RD. 434 SUITE H
LONGWOOD, FL 32750-4936

HOSPITALITY CAREERS ONLINE INC
C/O COMERCIA BANK
P.O. BOX 673682
DETROIT MI 48267-3682, WA 98111


INTEGRATED FIRE & SAFETY
SERVICES, INC.
1730 DIPLOMACY ROW, STE B
ORLANDO, FL 32809-5761

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Island One, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

J & R DONUTS, INC
3501 W VINE ST
KISSIMMEE, FL 34741-4643


KIRBY OIL CO., INC.
P O BOX 567
LAKE CITY, FL 32056-0567

KISSIMMEE UTILITY AUTHORITY
PO BOX  850001
ORLANDO, FL 32885-0096

Kramer, Rollin
703 Midwest Club
Oak Brook, IL 60523-2531


LCG CAPITAL GROUP,LLC.
401 E.JACKSON ST
SUITE 2450
TAMPA, FL 33602-5215

LEXISNEXIS RISK DATA MGMT
ACCURINT ACCOUNT #1046600
PO BOX 7247-6157
PHILADELPHIA, PA 19170-0001

LIBERTY BANK
315 Main Street
Middletown, CT 06457-3338


Liberty Bank
c/o R. Jeffrey Smith
Bingham McCutchen, LLP
One State Street, Suite 1400
Hartford, CT 06103-3100

MAGIC MEDIA
C/O BORDEN,JONES & MITCHELL,LC
P.O. BOX 544
CARROLLTON, GA 30112-0010

MASSEY SERVICES INC.
315 GROVELAND ST
ORLANDO, FL 32804-4052


MICHAEL ALDERMAN SERVICE
CENTER
428 FERGUSON DR
ORLANDO, FL 32805-1010

MUZAK,LLC
P.O. BOX 71070
CHARLOTTE, NC 28272-1070

NOBLE SYSTEMS CORPORATION
4151 ASHFORD DUNWOODY DR
STE 600
ATLANTA, GA 30319-1452

ORANGE BULB,INC.
LIGHT BULBS UNLIMITED
6203-B W.SAND LAKE ROAD
ORLANDO, FL 32819-8912

ORLANDOJOBS.COM, LLC
43 E PINE ST
ORLANDO, FL 32801-2607

Orange County Atty. Office
Division, Admin. Bldg. 3rd F
201 S. Rosalind Avenue
Orlando, FL 32801-3527

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Property
Appraiser
200 S. Orange Avenue
17th Floor
Orlando, FL 32801-3438

Orange County Tax Collector
Attn:  Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Osceola County Atty
Administration Building
1 Courthouse Square
Suite 4200
Kissimmee, FL 34741-5440

Osceola Property Appraiser
2505 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744-4909

Osceola Tax Collector
2501 E. Irlo Bronson Memoria
Highway
Kissimmee, FL 34744-4909

PAETEC
PO BOX 1283
BUFFALO, NY 14240-1283

PENINSULA RESORT MANAGEMENT
LLC
2424 N. ATLANTIC AVE.
DAYTONA BEACH, FL 32118-3245

PLATINUM TRANSPORTATION
PO BOX 470552
CELEBRATION, FL 34747-0552

PMAT BELLAIR, LLC
C/O PROPERTY ONE, INC.
4141 VETERANS BLVD, STE 300
METAIRIE, LA 70002

PRECISION MEDIA, INC.
4320 MIDDLEBROOK RD
ORLANDO, FL 32811-3087

PREMIERE GLOBAL SERVICES
P.O. BOX 404351
ATLANTA, GA 30384-4351

R.E. MICHEL COMPANY, INC.
HOSIER REFRIGERATION SUPPLY
P.O. BOX 2318
BALTIMORE, MD 21203-2318

RIVERPOINT SOLUTIONS GROUP,LLC
2200 E DEVON AVE, STE 385
DES PLAINS, IL 60018-4590

ROYAL CUP, INC.
P.O BOX 170971
BIRMINGHAM, AL 35217-0971

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 405386
ATLANTA, GA 30384-5386

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 95708
CHICAGO, IL 60694-5708

STARR ASSOCIATES,LLP.
245 FIFTH AVENUE
SUITE 1102
NEW YORK, NY 10016-8717

STERLING INFOSYSTEMS,INC.
NEWARK POST OFFICE
P.O. BOX 35626
NEWARK, NJ 07193-5626

Springer, John
89 Dallas Drive
Hendersonville, NC 28739-8733

Springer, Jr., John
P.O. Box 1718
Avon, CO 81620-1718

Springer, Roberta
2731 Kenora Court
Orlando, FL 32837-7727

Stimac, Nicholas
4813 Randolph Street
Hillside, IL 60162-1018

Stimac, Rosalie
4813 Randolph Street
Hillside, IL 60162-1018

TEXTRON FINANCIAL CORP.
40 Westminster Street
Providence, RI 02903-2503

THE BEST PEST CONTROL COMPANY
PO BOX 677546
ORLANDO,, FL 32867-7546

THE CITY OF DAYTONA BEACH
UTILITY BILL
PO BOX 2455
DAYTONA BEACH, FL 32115-2455

THE DOC SIGNERS, INC.
PO BOX 71457
PHOENIX, AZ 85050-1008

THOMKAT STAMP & SIGNS, INC
DBA ACME STAMP & SIGN CO
822 N MILLS AVE
ORLANDO, FL 32803-4097


Frank P Terzo
GrayRobinson
1221 Brickell Avenue
Suite 1650
Miami, FL 33131-3259

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

US BANK
PO BOX 790448
ST. LOUIS, MO 63179-0448


United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Volusia County Atty/
County Manager
Thomas C. Kelly Adm. Center
123 W. Indiana
Deland, FL 32720-4615

Volusia County Tax Collector
123 W. Indiana Avenue
Room 103
Deland, FL 32720-4615


WAGEWATCH, INC.
P.O. BOX 15851
PHOENIX, AZ 85060-5851

WESTERN RESERVE PARTNERS, LLC
200 PUBLIC SQUARE, STE 3750
CLEVELAND, OH 44114-2321

Williams, Judith
124 Oolenoy Court
Pickens, SC 29671-7306


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Fey, Larry
655 N. LaGrange Road
Suite 202
Frankfort, IL 60423


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients   101
Bypassed recipients     1
Total                 102

Label Matrix for local noticing
113A-6
Case 6:10-bk-16179-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:55:57 EDT 2010

Crescent One, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

Dade County Tax Collection
140 W. Flagler Street
Suite 1407
Miami, FL 33130-1561

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Miami-Dade County
Office of the Property
Appraiser
111 NW 1st St., Suite 710
Miami, FL 33128-1984

Miami-Dade County Attorneys
Office - Risk Management
111 NW 1st Street
Suite 2810
Miami, FL 33128-1930

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn:  Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

The New York Law Publishing
Company Daily Business Rev.
P.O. Box 862882
Orlando, FL 32886-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients      16
Bypassed recipients       1
Total                    17

Label Matrix for local noticing
113A-6
Case 6:10-bk-16180-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:56:26 EDT 2010

ANTILLES GAS CORPORATION
PO BOX 5435
SUNNY ISLE, ST. CROIX      00823-5435

BB&T Acquired Asset Group
2000 Interstate Park Drive
Montgomery, AL 36109-5421

BB&T Acquired Asset Group
c/o Frank P. Terzo
Gray Robinson, P.A.
1221 Brickell Avenue, #1600
Miami, FL 33131-3247

BELLOWS INTERNATIONAL
PO BOX 302695
ST. THOMAS, VI 00803-2695

(c)CARIBBEAN INDUSTRIAL PRODUCTS
2187 COMPANY ST
CHRISTIANSTED VI  00820-4952

FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094-4515

FIRST NATIONAL BANK OF OMAHA
P.O. BOX 2818
OMAHA, NE 68103-2818

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Government of the U.S.
Virgin Islands Bureau of
Internal Revenue
9601 Estate Thomas
St. Thomas, VI 00802-2689

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

HENNEMANN ICE PLANT COMPANY
PO BOX 1429
254 RICHMOND
CHRISTIANSTED, VI 00821-1429

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

MARIO'S VIRGIN CRYSTAL,LLC
P.O. BOX 25775
CHRISTIANSTED, VI 00824-1775

MERCHANTS MARKET- ST. CROIX
4000 ESTATE DIAMONE
ST CROIX, VI 00820-5215

Maple Leaf, LLC
4521 Sharon Road
Suite 420
Charlotte, NC 28211-3627

NEVCO MARKETING ENTERPRISES
PO BOX 6351
CHRISTIANSTED, VI 00823-6351

NICHOLS NEWMAN LOGAN & GREY PC
1131 KING STREET,SUITE 204
CHRISTIANSTED, VI 00820-4974

PREMIER WINES & SPIRITS LTD.
132 SUNDIAL PARK
PO BOX 922
ST CROIX,, VI 00821-0922

QUALITY FOODS
96-97 CASTLE COAKLEY
CHRISTIANSTED, VI 00820

SURVEY SERVICES CO., LLC
27-28 KING CROSS ST
CHRISTIANSTED, VI 00820

St. Croix One, LLC
5000 Estate Chenay Bay
Route 82, East End Quarter
Christiansted, VI 00820-4512

THE SCOTT PARTNERSHIP
ARCHITECTURE, INC.
429 S.KELLER RD.SUITE 200
ORLANDO, FL 32810-7187

TRAVELCLICK
2193 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0001

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

VIRGIN ISLANDS DESIGN BUILD GROUP, LLC
5031 COTTON VALLEY 55 H&C
CHRISTIANSTED, ST.CROIX, VI 00820

Virgin Islands Design Build
Group, LLC
5031 Estate Cotton Valley
55 H&C
Christiansted, St. Croix, VI 00820

WEST INDIES CORPORATION
PO BOX 250
ST. THOMAS, VI 00804-0250

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


CARIBBEAN INDUSTRIAL PRODUCTS
27 PRINCE STREET
CHRISTIANSTED, VI 00820


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann                End of Label Matrix
Orlando                              Mailable recipients    28
                                     Bypassed recipients     1
                                     Total                  29

Label Matrix for local noticing
113A-6
Case 6:10-bk-16182-KSJ
Middle District of Florida
Orlando
Sun Sep 12 17:57:48 EDT 2010

AGR FABRICATORS, INC
4879 CLYDO RD. S.
JACKSONVILLE, FL 32207-1708

ALWAYS MOBILE GOLF CARS
4998 E. HINSON AVENUE
HAINES CITY, FL 33844-9153

AMERIGAS - ORLANDO
P.O. BOX 371473
PITTSBURGH, PA 15250-7473

CINTAS CORPORATION #073
P.O. BOX 360910
CINCINNATI, OH 45263-0910

CINTAS FIRST AID AND SAFETY
LOCATION F48
P.O. BOX 2409
BRANDON, FL 33509-2409

COMMERCIAL LAWN EQUIPMENT
SALES & SERVICE INC
781 E CARROLL STREET
KISSIMMEE, FL 34744-1467

DADE PAPER
P.O. BOX 593829
ORLANDO, FL 32859-3829

DAVID A. WILSON
SERVICE FIRST UNIFORM SALES
4518 CURRY FORD RD.
ORLANDO, FLORIDA 32812-2711

DEX
PO BOX 660834
DALLAS, TX 75266-0834

DEX IMAGING INC
5109 W. LEMON STREET
TAMPA, FL 33609-1102

FLORIDA POWER CORP.
DBA PROGRESS ENERGY FLORIDA
PO BOX 33199
ST PETERSBURG, FL 33733-8199

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

GALAXY AVIATION OF ORLANDO,INC
9245 TRADEPORT DRIVE
ORLANDO, FL 32827-5305

GLAZER GIFTS INC
ATTN: ALI STEINBACH
8091 OAKLAND PLACE
ORLANDO, FL 32819-3248

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Island One Resorts Management Corporation
8680 Commodity Circle
Orlando, FL 32819-9000

JEFF ELLIS & ASSOCIATES, INC.
508 GOLDENMOSS LOOP
OCOEE, FL 34761-4783

Old Florida National Bank
60 North Court Avenue
Orlando, FL 32801-2409

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

PEOPLE MISTERS INT'L, LLC
3603 NORTH PALAFOX STREET
PENSACOLA, FL 32505-5234

RDS OF FLORIDA
DBA DATA SYSTEM INC.
13170 92nd Street  Suite 303
LARGO,, FL 33773-1319

ROBERT'S POOL SERVICE
19315 LAKE PICKETT ROAD
ORLANDO, FL 32820-1608

S & S WORLDWIDE, INC.
ACCOUNTS RECEIVABLE
PO BOX 210
HARTFORD, CT 06141-0210

SPIES POOL, INC.
801 SAWDUST TRAIL
KISSIMMEE, FL 34744-1417

STAPLES ADVANTAGE
STAPLES CONTRACT & COMMERCIAL
PO BOX 95708
CHICAGO, IL 60694-5708

SUN LOVERS OF AMERICA
P.O. BOX 593801
ORLANDO, FL 32859-3801

T.L.SAVAGE,INC.
DBA:MONOGRAMS OF DISTINCTION
115 KISSEWAUG ROAD
MIDDLEBURY, CT 06762-3230


THE ORLANDO SENTINEL
P.O. BOX 100608
ATLANTA, GA 30384-0608

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211


United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

WILLIAMS SCOTSMAN,INC.
PO BOX 91975
CHICAGO, IL 60693-1975

YELLOW BOOK USA
P.O. BOX 3162
CEDAR RAPIDS, IA 52406-3162


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39

Label Matrix for local noticing
113A-6
Case 6:10-bk-16183-KSJ
Middle District of Florida
Orlando
Sun Sep 12 18:00:24 EDT 2010

Abbott Printing
110 Atlantic Drive
Suite 110
Maitland, FL 32751-3300

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

INTERVAL INTERNATIONAL INC
ATTN: ACCOUNTING DEPARTMENT
6262 SUNSET DRIVE
MIAMI, FL 33143-4843

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Navigo Vacation Club, Inc.
8680 Commodity Circle
Orlando, FL 32819-9000

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients        14
Bypassed recipients         1
Total                      15

Label Matrix for local noticing
113A-6
Case 6:10-bk-16189-KSJ
Middle District of Florida
Orlando
Sun Sep 12 18:01:00 EDT 2010

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

IOI Funding I, LLC
8680 Commodity Circle
Orlando, FL 32819-9000

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Orange County Comptroller
109 E. Church Street
Suite 300
Orlando, FL 32801-3326

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange County Tax Collector
Attn: Earl K. Wood
200 S Orange Ave
Suite 1500
Orlando, FL 32801-3438

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903-2503

Textron Financial Corp.
c/o Steven E. Fox
EpsteinBeckerGreen
250 Park Avenue
New York, NY 10177-1211

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13